GENEVIEVE W. GREENE, Appellant, *v.* LOCKPORT
EXCHANGE TRUST COMPANY et al., Respondents.

Argued June 1, 1937; decided July 13, 1937.

*John B. Doyle, W. Alfred Brim, Emmett McLoughlin, Jr.,* and *Jerome H. Shapiro* for appellant.

*Noel S. Symons, Henry D. Warren* and *Franklin R. Brown* for Lockport Exchange Trust Company et al., respondents.

*J. Carl Fogle* for Niagara County National Bank & Trust Company et al., respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Dissenting: RIPPEY, J.